UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| JARAD LEE TAYLOR, a/k/a Jarad Lee Nielson<br><br>Plaintiff,<br><br>vs.<br><br>GARY B. WARD, Attorney, Ward Law Office, JIMMY L. DAGGETT, or Imposter Fraudulent Notary, DEBBIE DAGGETT, or Imposter Fraudulent Signatory, ZACK DIETZ, Individually, Brother-in-Law to Gary Ward, OFFICER BRADY KNODEL, Sioux Falls Police Department, Minnehaha County, JOHN and JANE DOES 1-5, Local Law Enforcement, GARRETT J. HORN, Attorney, Horn Law Office, Prof. LLC, KENNETH TAYLOR, Individually, Former USDA-SCS, and RALPH MARQUARDT, Individually, Transferee,<br><br>Defendants. | 4:26-CV-04082-CBK<br><br><br>ORDER |

Plaintiff filed a *pro se* complaint and an amended complaint alleging subject matter jurisdiction pursuant to 42 U.S.C. § 1983 and 18 U.S.C. §§ 1961 -1968, specifically the civil RICO remedy provision set forth in 18 U.S.C. § 1964. Plaintiff alleges that defendants have engaged in racketeering activity over the course of 30 years to defraud plaintiff of generational wealth.

Plaintiff has filed two motions to appoint counsel and a motion requesting court assistance in effectuating service of process. "A pro se litigant has no statutory or constitutional right to have counsel appointed in a civil case." Stevens v. Redwing, 146 F.3d 538, 546 (8th Cir. 1998). Plaintiff paid the civil filing fee, is not proceeding *in forma pauperis*, and has not alleged that he is imprisoned or incompetent. He has not

identified any legal authority for the appointment of counsel or for court-ordered service of process and payment for service of process.

No good cause appearing,

IT IS ORDERED:

1. Plaintiffs' motions, Docs. 2 and 9, for the appointment of counsel are denied.

2. Plaintiff's motion, Doc. 7, for court-ordered service of process is denied.

Dated this 22 day of June, 2026.

BY THE COURT:

CHARLES B. KORNMANN
United States District Judge